IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LILIAN GUTERRES,

      Petitioner,                    No. CIV S-07-1899 GEB EFB P

      vs.

SUPERIOR COURT OF CALIFORNIA, et al.,

      Respondents.              ORDER

/

      Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. However, petitioner has commenced this action in the wrong district.

      Petitioner was convicted in San Mateo County, but is confined in Madera County. Although this court and the United States District Court in the district where petitioner was convicted both have jurisdiction, *see Braden v. 30th Judicial Circuit Court*, 410 U.S. 484, 499-500 (1973), witnesses and evidence necessary for the resolution of petitioner's application are more readily available in the county of conviction. *Id.* at 499 n. 15; 28 U.S.C. § 2241(d).

      Therefore, the court transfers this action to the United States District Court for the Northern District of California. 28 U.S.C. §§ 84; 1404(a).

/////

1  Accordingly, it is ORDERED that this action is transferred to the United States District
2  Court for the Northern District of California.
3  DATED: September 20, 2007.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE